**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BING HUANG, on behalf of himself and all others similarly situation, <br><br> Plaintiff, <br><br> - against- <br><br> ALPHA RECOVERY CORP., VELOCITY INVESTMENTS, LLC., and JOHN DOE 1-10, <br><br> Defendants. | Case No. 1:20-cv-01682-MKB-SMG <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff, BING HUANG, and Defendants, ALPHA RECOVERY CORP., and VELOCITY INVESTMENTS, LLC., through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff discontinues it's individual claims in the above captioned action against the Defendant(s) with prejudice, and discontinues it's class claims against Defendant(s) without prejudice, without costs or fees to any party as against any other party.

Dated:    Brooklyn, New York
          June 25, 2020

**Law Office of Simon Goldenberg, PLLC**

By:    /S/ SIMON GOLDENBERG
       Simon Goldenberg, Esq.
       818 East 16th Street
       Brooklyn, NY 11230
       T: 347-640-4357
       *Counsel for Plaintiff(s)*


Dated:    June 30 , 2020

**THE SALVO LAW FIRM, P.C.**

By:    _____
       Cindy D. Salvo, Esq.
       185 Fairfield Avenue, Suite 3C/3D
       West Caldwell, New Jersey 07006
       (973) 226-2220
       (973) 900-8800 (fax)
       *Attorneys for Defendant(s)*


                              SO ORDERED:
                              s/ MKB 7/22/2020

                              _____
                              MARGO K. BRODIE
                              United States District Judge

-2-